700

E. C. Nix, of Decatur, for appellant.

A. A. Carmichael, Atty. Gen., and Thos. F. Parker, Asst. Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

51 So.2d 916

### Shelton NICKOLSON v. STATE.
### 7 Div. 92.

Court of Appeals of Alabama.
Jan. 23, 1951.

Appeal from Circuit Court, Talladega County; W. D. DeBardelaben, Judge.

PER CURIAM.

Appeal dismissed.

51 So.2d 916

### Shelton NICKOLSON v. STATE.
### 7 Div. 93.

Court of Appeals of Alabama.
Jan. 23, 1951.

Appeal from Circuit Court, Talladega County; W. D. DeBardelaben, Judge.

PER CURIAM.

Appeal dismissed.

51 So.2d 916

### Shelton NICKOLSON v. STATE.
### 7 Div. 94.

Court of Appeals of Alabama.
Jan. 23, 1951.

Appeal from Circuit Court, Talladega County; W. D. DeBardelaben, Judge.

PER CURIAM.

Appeal dismissed.

51 So.2d 916

### Shelton NICKOLSON v. STATE.
### 7 Div. 95.

Court of Appeals of Alabama.
Jan. 23, 1951.

Appeal from Circuit Court, Talladega County; W. D. DeBardelaben, Judge.

PER CURIAM.

Appeal dismissed.

51 So.2d 916

### Shelton NICKOLSON v. STATE.
### 7 Div. 96.

Court of Appeals of Alabama.
Jan. 23, 1951.

Appeal from Circuit Court, Talladega County; W. D. DeBardelaben, Judge.

PER CURIAM.

Appeal dismissed.

51 So.2d 916

### Shelton NICKOLSON v. STATE.
### 7 Div. 97.

Court of Appeals of Alabama.
Jan. 23, 1951.

Appeal from Circuit Court, Talladega County; W. D. DeBardelaben, Judge.

PER CURIAM.

Appeal dismissed.

44 So.2d 37

### David NOAH v. STATE.
### 5 Div. 295.

Court of Appeals of Alabama.
Nov. 29, 1949.

Appeal from Circuit Court, Chilton County; Oakley W. Melton, Judge.

Distilling.